IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEN WEAVER MEATS, INC.,** | : | |
| **Plaintiff** | : | No. 1:20-cv-02010 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **BIERY CHEESE CO.,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 14th day of December 2020, upon consideration of Defendant Biery Cheese Co.'s motion to dismiss (Doc. No. 4), in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 4) is **DENIED**; and

2. Defendant is directed to file an answer to Plaintiff's complaint (Doc. No. 1-2) within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania